## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   MICHELLE R BIVINS                            §         Case No.: 10-15819
                                                      §
                                                      §
         Debtor(s)                                    §

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/09/2010.

2) This case was confirmed on 06/28/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/09/2010.

5) The case was dismissed on 11/01/2010.

6) Number of months from filing to the last payment:  2

7) Number of months case was pending:  11

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     1,020.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 858.48 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 858.48 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 711.80 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 46.68 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 758.48 |
| Attorney fees paid and disclosed by debtor | $ | 1.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HERITAGE ACCEPTANCE | SECURED | 8,950.00 | 10,377.13 | 10,180.00 | 100.00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | .00 | 12,262.90 | .00 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 1,105.00 | 1,105.88 | 1,105.88 | .00 | .00 |
| HERITAGE ACCEPTANCE | UNSECURED | 1,230.00 | .00 | 197.13 | .00 | .00 |
| COMPREHENSIVE PEDIAT | UNSECURED | 78.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 811.00 | NA | NA | .00 | .00 |
| AFFILIATED ACCEPT CO | UNSECURED | 510.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 240.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 465.00 | 465.61 | 465.61 | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 466.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 469.00 | 382.23 | 382.23 | .00 | .00 |
| MUSIC SERVICE CLUB | UNSECURED | 32.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 200.00 | 1,157.00 | 1,157.00 | .00 | .00 |
| SOUTH SUBURBAN HOSPI | UNSECURED | 2,720.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 763.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3,975.00 | 3,975.13 | 3,975.13 | .00 | .00 |
| WOW CABLE | UNSECURED | 1,033.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 908.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 648.00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 244.00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 219.00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 219.00 | NA | NA | .00 | .00 |
| PATHOLOGY ASSOCIATES | UNSECURED | 89.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SUBURBAN EMERGENCY P | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY P | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY P | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 499.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 4,000.00 | 4,000.00 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 733.00 | 733.18 | 733.18 | .00 | .00 |
| ERAC | UNSECURED | 333.00 | NA | NA | .00 | .00 |
| HOMEWOOD DISPOSAL SE | UNSECURED | 108.00 | NA | NA | .00 | .00 |
| STATE OF IL TOLL HGW | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,128.00 | 837.56 | 837.56 | .00 | .00 |
| SOUTHWEST EMERGENCY | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| MONEY & MOREINC | UNSECURED | 315.00 | NA | NA | .00 | .00 |
| MONEY & MOREINC | UNSECURED | 315.00 | NA | NA | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 10,880.00 | 51,438.22 | 51,438.22 | .00 | .00 |
| NATIONAL ED SVC | UNSECURED | 10,880.00 | NA | NA | .00 | .00 |
| NATIONAL ED SVC | UNSECURED | 9,290.00 | NA | NA | .00 | .00 |
| NATIONAL ED SVC | UNSECURED | 9,022.00 | NA | NA | .00 | .00 |
| NATIONAL ED SVC | UNSECURED | 8,464.00 | NA | NA | .00 | .00 |
| NATIONAL ED SVC | UNSECURED | 3,648.00 | NA | NA | .00 | .00 |
| CASH TRANSFER CENTER | UNSECURED | 483.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 3,918.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 2,689.00 | 2,758.74 | 2,758.74 | .00 | .00 |
| PAYDAY LOAN STORES O | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF LANSING | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| SAFELITE GLASS | UNSECURED | 298.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 240.00 | NA | NA | .00 | .00 |
| BLACK EXPRESSIONS BK | UNSECURED | 95.00 | NA | NA | .00 | .00 |
| CONCORDIA UNIVERSITY | UNSECURED | 5,156.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3,026.00 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY IM | UNSECURED | 203.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 13,720.00 | 13,379.86 | 13,379.86 | .00 | .00 |
| VILLAGE OF SOUTH HOL | UNSECURED | 3,000.00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 3,110.00 | NA | NA | .00 | .00 |
| NEW HOPE INVESTMENT | OTHER | .00 | NA | NA | .00 | .00 |
| MERRICK BANK | UNSECURED | NA | 570.76 | 570.76 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 8,465.18 | 8,465.18 | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | NA | 37.00 | 37.00 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 200.00 | 55.95 | 55.95 | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | NA | 11,972.20 | 11,972.20 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | .00 | 1,251.12 | 1,251.12 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | .00 | 334.92 | 334.92 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 10,180.00 | 100.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 10,180.00 | 100.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 103,117.67 | .00 | .00 |

**Disbursements:**

| | | |
|---|---:|---:|
| Expenses of Administration | $ | 758.48 |
| Disbursements to Creditors | $ | 100.00 |
| **TOTAL DISBURSEMENTS:** | $ | 858.48 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   02/24/2011                                   /s/ Tom  Vaughn
                                                      Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**